CHRISTOPHER S. BOUSLOG  3087-0
Law Offices of Chris Bouslog
Four Waterfront Plaza, Suite 480
500 Ala Moana Boulevard
Honolulu, Hawaii  96813-4908
Telephone: (808) 550-4995
Facsimile: (808) 550-4996

Attorney for Defendant
PATRICE POHINA aka NAHE


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>PATRICK AH YUEN, MOANA AH YUEN and PATRICE POHINA, aka NAHE,<br><br>        Defendants. | ) CIVIL NO. CV 09-00314 ACK KSC<br>) (Declaratory Judgment)<br>)<br>) ORDER FOR PARTIAL DISMISSAL<br>) WITHOUT PREJUDICE AS TO ALL<br>) CLAIMS AGAINST DEFENDANT<br>) PATRICE POHINA aka NAHE;<br>) EXHIBIT "A"<br>)<br>)<br>)<br>)<br>) TRIAL DATE: October 5, 2010<br>) |

## ORDER FOR PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO ALL CLAIMS AGAINST DEFENDANT PATRICE POHINA aka NAHE

The Court having reviewed the Stipulation for Partial Dismissal Without Prejudice as to All Claims Against Defendant Patrice Pohina aka Nahe attached hereto and made a part hereof as Exhibit "A" and being thereby fully informed of the premises hereof and good cause having appeared therefrom,

IT IS HEREBY ORDERED that All Claims Against Defendant Patrice Pohina Aka Nahe shall be and hereby are dismissed without prejudice.

DATED: Honolulu, Hawaii October 26, 2009.



_____
Alan C. Kay
Sr. United States District Judge

Allstate Insurance Co. v. Ah Yuen, Civ. No. 09-00314 ACK-KSC:  Order for Partial Dismissal Without Prejudice as to All Claims Against Defendant Patrice Pohina aka Nahe